IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                              PLAINTIFF

v.                                          3:11-CV-00028-BRW

ST. BERNARD'S HOSPITAL INC.                                              DEFENDANT

## ORDER

Pending is Plaintiff and Defendant's Joint Motion to Stay. (Doc. No. 9). The Motion is GRANTED and the case is stayed for 60 days. The parties are reminded that the Motions deadline and the Trial date set by the Court's Final Scheduling Order on May 3, 2011, remain as set.[1]

IT IS SO ORDERED this 9th day of November, 2011

/s/Billy Roy Wilson
UNITED STATES DISTRICT. JUDGE

---

[1] Doc. No. 8.