# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                             **PLAINTIFF**

**v.**                                            **3:11-cv-00028-BRW**

**ST. BERNARD'S HOSPITAL INC**                                                                **DEFENDANT**

## ORDER

Pending is a Joint Motion to Extend Discovery, Dispositive Motions, and Expert Disclosures Deadlines. (Doc. No. 14)   The Motion is GRANTED.

The Amended Final Scheduling Order should be amended as follows:[1]

| | |
|---|---|
| Discovery Cutoff | 05/25/2012 |
| Dispositive Motions Deadline | 06/08/2012 |
| Pre-trial Disclosure Sheets | 06/25/2012 |
| Objections to Pre-trial Disclosure Sheets | 07/10/2012 |
| Case-in-Chief Expert Disclosures and Reports | 04/02/2012 |
| Rebuttal Expert Disclosure and Reports | 05/01/2012 |
| **TRIAL DATE** | **07/24/2012 at 9:30 a.m.** |

IT IS SO ORDERED this 20th day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] All deadlines not listed remain in effect as set out in my Amended Final Scheduling Order (Doc. No. 12).