UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                  PLAINTIFF

vs.                                       3:11-cv-00028-BRW

ST. BERNARD'S HOSPITAL, INC.                                      DEFENDANT

## ORDER

Pending is the parties Joint Motion to Dismiss (Doc. No. 19). I have considered the Motion and being otherwise fully advised in the premises, it is ORDERED that:

1. This action is dismissed against Defendant with prejudice.

2. The Court will retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

3. Except as set forth in the settlement agreement, all parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this   24th day of July 2012.


                                            /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE